UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLAUDE GRAHAM,

                     Plaintiff,

  -against-

CITY OF NEW YORK, THE NEW YORK
CITY ADMINISTRATION FOR
CHILDREN'S SERVICES, JANET
CAESAR a/k/a JANET CAESAR-
BALFOUR, and EILEEN TREACY, PH.D,

                    Defendants.
-----------------------------------------------------------------X

CORRECTED
JUDGMENT
11-CV-5747 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 19 2012 ★
BROOKLYN OFFICE

    A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on June 14, 2012, dismissing Plaintiff's federal claims against all Defendants on the merits; dismissing the state law claims without prejudice; granting Dr. Treacy's motion to dismiss; and ordering that no costs or disbursements are awarded; it is

    ORDERED, ADJUDGED AND DECREED that Plaintiff's federal claims against all Defendants are dismissed on the merits; that Plaintiff's state law claims are dismissed without prejudice; that Dr. Treacy's motion to dismiss is granted; and that no costs or disbursements are awarded.

Dated: Brooklyn, New York
       July 18, 2012

                                      Douglas C. Palmer
                                      Clerk of Court

                     by:     s/Michele Gapinski
                                      Michele Gapinski
                                      Chief Deputy for
                                      Court Operations