UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CLAUDE GRAHAM,

Plaintiff,

-against-

CITY OF NEW YORK, THE NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES, JANET CAESAR a/k/a JANET CAESAR-BALFOUR, and EILEEN TREACY, PH.D,

Defendants.
-----------------------------------------------------------------------X

CORRECTED
JUDGMENT
11-CV-5747 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 19 2012 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on June 14, 2012, dismissing Plaintiff's federal claims against all Defendants on the merits; dismissing the state law claims without prejudice; granting Dr. Treacy's motion to dismiss; and ordering that no costs or disbursements are awarded; it is

ORDERED, ADJUDGED AND DECREED that Plaintiff's federal claims against all Defendants are dismissed on the merits; that Plaintiff's state law claims are dismissed without prejudice; that Dr. Treacy's motion to dismiss is granted; and that no costs or disbursements are awarded.

Dated: Brooklyn, New York
July 18, 2012

Douglas C. Palmer
Clerk of Court

by: s/Michele Gapinski
Michele Gapinski
Chief Deputy for
Court Operations